IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

IN RE:  SUBPOENA TO INSTAGRAM LLC   MISC. NO.    3:18 mj 624(CSH)
N-18-1-52 (Control #113)                          Filed Under Seal

U.S. DISTRICT COURT
NEW HAVEN, CT.

**ORDER**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting

that the Court issue an Order commanding Instagram LLC, an electronic communication service

provider and/or a remote computing service, to accompany a grand jury subpoena issued to

Instagram LLC on April 10, 2018 (N-18-1-52, Control #113) not to notify any person (including

the subscribers and customers of the account(s) listed in the subpoena of the existence of the

attached subpoena for 180 days.

The Court determines that there is reason to believe that notification of the existence of the

attached subpoena will seriously jeopardize the investigation, including by:  giving targets an

opportunity to flee, destroy or tamper with evidence, change patterns of behavior, intimidate

potential witnesses, or endanger the life or physical safety of an individual.  *See* 18 U.S.C. §

2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Instagram LLC shall not

disclose the existence of the attached subpoena, or this Order of the Court, to the listed subscriber

or to any other person, until October 10, 2018, except that Instagram LLC may disclose the

attached subpoena to an attorney for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed for 180 days or

until otherwise ordered by the Court.

April 10, 2018
Date

/s/ Judge Charles S. Haight
CHARLES S. HAIGHT, JR.
SENIOR UNITED STATES DISTRICT JUDGE