UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE THE APPLICATION OF THE | : | MISC. NO. 3:18mj624(CSH) |
| UNITED STATES OF AMERICA FOR | : | |
| AN ORDER COMMANDING INSTAGRAM LLC | : | |
| NOT TO NOTIFY ANY PERSON OF THE | : | |
| EXISTENCE OF A SUBPOENA | : | APRIL 10, 2018 |

Contents:          Application
                   Order
                   Grand Jury Subpoena

Judicial Officer:  Hon. Charles S. Haight, Jr., Senior United States District Judge

Assistant U.S. Attorney:  Henry K. Kopel
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, Connecticut 06510
(203) 821 3700 / (203) 773 5376 (fax)
Henry.Kopel@usdoj.gov

FILED 2018 APR 10 P 2:43 U.S. DISTRICT COURT NEW HAVEN, CT.

Date Sealed:

Date Unsealed:

The Clerk of the Court is directed to seal the contents of this envelope until October ___, 2018, or until further order of the Court.

SO ORDERED on this **10TH** day of April 2018, in New Haven, Connecticut.

　　　　　　　　　　　　　　　　　　/s/ Judge Charles S. Haight
　　　　　　　　　　　　　　　　　　THE HONORABLE CHARLES S. HAIGHT, JR.
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE